# *Memorandum*

**CR 09 00412**   ORIGINAL

| Subj: | Date: |
|---|---|
| United States v. JOHN MARK SOTELO, et al. | April 29, 2009 |
| **To:** | **From:** |
| TERRY NAFISI<br>District Court Executive<br>United States District Court<br>Central District of California | RASHA GERGES<br>Assistant United States Attorney<br>Criminal Division |

FILED 2009 APR 29 PM 2:50

The matter relating to the above-referenced criminal action,

United States v. JOHN MARK SOTELO, being filed on 04/29/2009,

    [ ] is

    [X] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

*/s/ Rasha Gerges*
RASHA GERGES
Assistant United States Attorney
Criminal Division