

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Case Number 09-CR 09 00412          Defendant Number 9
U.S.A. v. JEFFREY MORAN              Year of Birth 1947
☑ Indictment    ☐ Information    Investigative agency (FBI, DEA, etc.) FBI, DEA, ATF, ICE, IRS

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**
a. Offense charged as a:
   ☐ Misdemeanor   ☐ Minor Offense   ☑ Felony
   ☐ Petty Offense ☐ Class B Misdemeanor
b. Date of offense ongoing to 4/29/09
c. County in which first offense occurred
   Los Angeles
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☑ Los Angeles         ☐ Ventura
   ☑ Orange              ☐ Santa Barbara
   ☐ Riverside           ☐ San Luis Obispo
   ☐ San Bernardino      ☐ Other _____
Citation of offense 21 USC ss 846, 841(a)(1), 841(c)(2);
26 USC ss 5861(d), 5861(h)

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes
   IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE  United States v. Barajas, et al., CR 08-1104(A)
United States v. Henley, et al., CR 09-332

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: _____
   Case Number _____
   Charging _____

The complaint:   ☐ is still pending
                 ☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
   ☑ Yes*           ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☑ Yes*           ☐ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**
IS THIS A NEW DEFENDANT ?   ☐ Yes     ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:

Case Number _____

The superseded case:
   ☐ is still pending before Judge/Magistrate Judge _____

   ☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*           ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*           ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes            ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes     ☐ No
IF YES, list language and/or dialect: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**

☑ Male ☐ Female
☑ U.S. Citizen ☐ Alien
Alias Name(s) The Doctor _____

This defendant is charged in: ☐ All counts
☑ Only counts: 2, 6-8 _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud ☐ public corruption
☐ government fraud ☐ tax offenses
☐ environmental issues ☐ mail/wire fraud
☑ narcotics offenses ☐ immigration offenses
☑ violent crimes/firearms ☐ corporate fraud
☐ Other: _____

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? ☐ Yes ☐ No
d. Is a Fugitive ☐ Yes ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested. ☑ Yes ☐ No

Defendant is **in** custody:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date 04/29/2009 _____

Signature of Assistant U.S. Attorney

RASHA GERGES
*Print Name*