

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 21 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Moran<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR 09-412-09<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __def__ , IT IS ORDERED that a detention hearing is set for __Friday, 5/22/09__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __5/21/09__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge