J. DANIEL McCURRIE
dmccurrie@cox.net
(State Bar #168590)
   19421 Sierra Luna Rd.
   Irvine, CA 92603
   Tel: 949-387-2808
   Fax: 949-387-2808

Attorney for Defendant
GENNERO WILLIAM CATALDO

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN MARK SOTELO et al.,<br><br>    Defendants. | No. SA CR 09-412-DOC<br><br>DEFENDANT CATALDO'S MOTION TO REVOKE DETENTION ORDER; EXHIBITS<br><br>date: August 17, 2009<br>time: 1:30 p.m. |

    Defendant GENNERO (GENE) CATALDO moves the court to revoke Magistrate Judge Block's pretrial detention order, issued on May 21, 2009. (Criminal Docket #79).

    1. Mr. CATALDO's brother, Mike Cataldo, a business owner and an upstanding member of the community, is willing to (a) sign a $200,000 bond, (b) help Mr. CATALDO obtain drug treatment, and (c) actively assist Mr. CATALDO in abiding by the conditions of pretrial release. (Exhibit A: brother's letter).

    2. The charges proffered against Mr. CATALDO at his detention hearing included Count Four of the indictment, which charges Mr. CATALDO with possession with intent to sell 20 grams of methamphetamine on October 19, 2006. However, the government's discovery shows that another resident of Mr.

1  CATALDO's house claimed ownership of the drugs (Exhibit B p2, underlining
2  added), and that investigators believe the drugs belonged to the other resident.
3  (Exhibit B p 3, underlining added).
4      3. Mr. CATALDO is sixty years of age and has been diagnosed with
5  emphysema. He is disabled and his ability to move is severely limited.
6      Mr. CATALDO requests that the court find he is neither a danger to the
7  community nor a risk of flight and order his release pending trial.

Dated: August 10, 2009          Respectfully submitted,

/s/
_____
J. DANIEL McCURRIE
Attorney for Defendant
GENNERO WILLIAM CATALDO

The Honorable David O. Carter                                              August 3rd, 2009
United States District Judge
411 West Fourth Street, 9th Floor
Santa Ana, CA. 92701

Your Honor,

My name is Michael Lee Cataldo. I am a resident of Long Beach, California for 57 years. During the past 30 years I have built a manufacturing company that provides original equipment globally to the leading automotive manufactures. My company has employed up to 200 persons and has been an aggressive community supporter during those years. I have been married 27 years and have one Son. I am also a proud Grandfather of an 8-year-old granddaughter. I have had 3 brothers (all of which grew up in Long Beach) of which two have passed away due to natural causes. I have many nephews, nieces, Aunts, Uncles, etc. in the community. I have worked very hard during my career to help and assist family, friends and community.

I am writing this letter on behalf of my brother Gennero William Cataldo (Gene). I am willing to sign a bond for Gene in the amount of $200,000 or an amount that the court deems customary.

Gene is a drug addict and has been for more than 40 years. Gene is not a violent criminal. He deals with an addiction. We (his family) have tried over the years to help Gene overcome his drug addiction. Even though Gene is a drug addict, he has never hurt or been a threat to anyone during his entire life except himself through his addiction.

Gene has been recently diagnosed with emphysema and placed on disability within the past couple years. Prior to being incarcerated, his doctor recommended he have a fibulator implant due to heart disease. Many of our family's male members have not survived beyond the age of 63 years old, mostly due to these type diseases. I would like (again to try) and help my brother overcome his addiction in hopes that he can find some quality of life within his remaining years.

While Gene was in high school and college, he was a tremendous athlete. Gene received an invitation to tryout for both, the 1968 and 1972 Olympics as a gymnast. To this day, his family believes that Gene's drug addiction was the reason he could not accept this tremendous opportunity to represent his country. However, his tremendous gymnastic abilities did not go entirely to waste. Gene assisted in training a young gymnast named Cathy Rigby who went on to the 1972 Olympics with great success and a wonderful career to follow. Even though Gene has suffered with his addiction, he has always supported himself while and his family while working for an income. He is very supportive of his family and until recently, he had been a tremendous assistance in the care of our recently deceased 99 year old Step-Grandfather.

My point in informing you a little bit about my brother is, he's not a bad person. He has never harmed anyone. He has never been violent or even shown a temper. Gene is mostly a menace to himself and not society.

I have complete faith that Gene would be present for all court appearances and be a law abiding citizen should he be released on signature bail during his ongoing trial. His family and myself will assist Gene to enroll in a drug rehabilitation program and monitor his activity to remain on the straight and narrow road for a drug free environment. Also, I will take the personal responsibility through the bail and faith that I have in my brother that Gene will be present at all court appearances and complete any prison time that may be a result of his trial.

Respectfully,


Michael Cataldo
3533 Shipway Avenue
Long Beach, CA. 90808
(562) 212-1842

Ex A

Los Angeles County Sheriff's Department
Supplemental report

File # 406-27302-1399-184

Date: 10-19-2006

C: Possession of a controlled substance for sales (methamphetamine)

SJ: Sandoval, Alfonso MH/03-08-1990

Ev-1 plastic baggie containing chunks of a clear substance resembling methamphetamine book 209, page 126, lab # J824235

Ev-2 (3) hypodermic syringes, book 209, page 126

Ev-3 black vinyl fanny pack, book 209, page 126

Ev-4 admonition of waiver and rights, statement completed by SJ/Sandoval. book 209, page 126

Ev-5 U.S. currency in miscellaneous denominations, totaling $2017.00 W/C safe book19, page 42

The purpose of this supplemental report is to provide active/additional information regarding arrest and interview of SJ/Sandoval.

This morning, 10-19-2006, at approximately 0515 hours, member of the Carson O.S.S. team, which was comprised of:

| | |
|---|---|
| Sgt Frederick Reynolds # 475294 | Team Leader |
| Dep. Mark Wedel # 218428 | Entry Team |
| Dep. Colin Orpe # 283272 | Entry Team |
| Dep. Luis A. Trejo # 279211 | Entry Team |
| Dep. Fran Espeleta # 277116 | Entry Team |
| Dep. Luis A. Trejo # 281408 | Entry Team |

Written by: Detective Luis A. Trejo 279211            10/19/2006

Approved by: Sgt. Frederick Reynolds 475294

Assigned: OSSB/Lakewood/Narcotics

Ex B p. 1

Cataldo-0094

4

406-27302-1399-184                                                                Page 2

## Narrative Continuation

    The team served a search warrant at 20317 Violeta Avenue in the city of Lakewood. The search warrant was signed by the Honorable Leland Tipton, Bellflower Superior court on 10-18-2006. Dep. Orpe made several loud verbal announcements, identifying us as los Angeles County Sheriff's Deputy's. There was no acknowledgment at the front door. We forced open the front door by placing a steel prying device between the security door and the frame. Dep. Ehrhorn hit the prying device with a heavy steel ram three to four times. This loud banging sound should wake anyone who is sleeping inside of the 1000 square foot home. We entered the location and were met by Gennero Cataldo in the living room. He was detained without incident. We continued our protective sweep of the location. When we reached the only bathroom at the location. SJ/Sandoval walked out of the bathroom with a startled expression on his face. SJ/Sandoval said we surprised him. He said he didn't see or hear us. SJ/Sandoval was detained without incident.

    Prior to the search, Sgt. Reynolds discovered that S/Cataldo had over $2000.00 (Ev-5) in his possession. As a precautionary measure, we video taped S/Cataldo count the money he had removed from his pocket.

    During the search of the location, Deputy Espeleta and I searched the hallway linen closet. I reached for a comforter which was on the top shelf, approximately 4.5 feet from the floor. I pulled the comforter out and it fell on the floor. I found a black fanny pack (Ev-3) from inside of the comforter. Inside of the fanny pack, I found three syringes (Ev-2) and a bag with crystal like substance resembling methamphetamine (Ev-1).

    In attempt to ascertain who the meth belonged to, I spoke to everyone in the house, separately. I spoke to Gennero Cataldo. He told me he didn't know anything about it. I spoke to Shannon Sandoval (SJ/Sandoval's mother), she told me she didn't know anything about it. I spoke to SJ/Sandoval outside of the front door. He was unhand cuffed, however I explained to him his Miranda rights per SH-AD 477. SJ/Sandoval said he understood his rights and agreed to talk to me. He signed the Miranda rights card. <u>SJ/Sandoval told me the methamphetamine that was located in the linen closet belonged to him. He described the syringes and drugs exactly as they were located.</u> He told me he bought the drugs for $300.00 and planned to profit $300.00 to 400.00 dollars. He said he bought the drugs a week ago.

Ex 3 p.2

Cataldo-0095

406-27302-1399-184                                                                Page 3

## Narrative Continuation

    SJ/Sandoval completed a written statement (Ev-4) detailing his involvement in this case. I believe SJ/Sandoval heard us knocking on the front door. I believe SJ/Sandoval woke up and placed the fanny pack in the linen closet and hid in the bathroom. The linen closet is the only door between his bedroom and the bathroom. It was no surprise that we were inside of the location, because of all the noise we created when we forced the door open. Based on my training and experience, I believe SJ/Sandoval was in possession of Methamphetamine for the purpose of sales. My opinion is based on the quantity he possessed which was greater than ones personal quantity for consumption. Also, SJ/Sandoval admitted to buying the drugs with the intention of making a profit from the sales.

    A narcotics K-9(Hunter) and the handler, Deputy Joy Burch # 218458, conducted a scent search for narcotics. Hunter alerted on the money that was inside of S/Cataldo's pockets. Therefor the money was seized. A receipt for the above seized items was left at the location with Shannon Sandoval.

Ex B p 3

Cataldo-0096