G. David Haigh/Bar #50686  
Attorney at Law  
2901 W. Coast Hwy. Suite 200  
Newport Beach, Ca. 92663  
(714) 834-1970 Office  
(951) 279-1908 Fax  
Attorney for Defendant  
JEFFREY MORAN  

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>JEFFREY MORAN, )<br>Defendant. )<br>)<br>_____ ) | **Case No.: CR 09-00412-DOC**<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING DATE AND DECLARATION IN SUPPORT THEREOF** |

Plaintiff, the United States of America, by its counsel of record, Assistant United States Attorney RASHA GERGES, and defendant JEFFREY MORAN through his counsel of record, G. DAVID HAIGH hereby stipulate to continue the sentencing hearing date from October 25, 2010 at 1:30 p.m., to December 20, 2010 at 1:30 p.m.

- 1

It is hereby stipulated:

DATED: October 18, 2010

*(signature)*

G. David Haigh
Attorney for Defendant
JEFFREY MORAN

DATED: October 18, 2010

*(signature)*

Rasha Gerges
Assistant United States
Attorney

*(signature)* by *(signature)*
as authorized

## DECLARATION OF G. DAVID HAIGH

I G. David Haigh declare and state as follows:

1. I am an attorney duly licensed to practice law before this Honorable Court and as such I have been appointed to represent said defendant.

2. As noted in my previous declaration, for the last several months I have been suffering from a severe eye problem which had prevented me from working in front of a computer.

3. That condition was diagnosed as a condition known colloquially as "dry eye." Since that diagnosis I have been treating my eyes daily for the condition and was informed that it should take approximately two months to return to normal. Unfortunately, it is taking longer to respond than the original diagnosis and I am still limited in my computer work.

4. For that reason I need some additional time to finish my work on the Moran matter. Additionally my investigator, Fred Krasco has not been able to complete one aspect of his investigation and also needs some additional time

5. For these reasons I am requesting a continuance of this matter until December 20, 2020.

6. Assistant United States Attorney Rasha Gerges has no opposition to this continuance and your Court Clerk has confirmed that the date of December 20, 2010 is available on the Court's calendar.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of October 2010, in the City of Norco, County of Riverside, and State of California.

Dated: October 18, 2010

G. David Haigh
Declarant