ANDRÉ BIROTTE United States Attorney
ROBERT E. DUGDALE  AUSA Chief, Criminal Division
RASHA GERGES (California Bar No. 218248)
Assistant United States Attorney
312 North Spring St.  Suite 1400
Los Angeles,  CA 90012
Telephone: (213) 894-6530
Facsimile:  (213) 894-0142
E-mail: rasha.gerges@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 09-412-DOC |
| v. | |
| JOHN MARK SOTELO, ET AL. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
EX PARTE APPLICATION FOR SEALING DOCUMENT , [PROPOSED] ORDER SEALING DOCUMENT, GOVERNMENT'S DOCUMENT UNDER SEAL

**Document Description:**

☐    Administrative Record

☐    Exhibits

☐    Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)

☑    Other  Under Seal

**Reason:**

☑    Under Seal

☐    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Electronic versions are not available to filer

☐    Per Court order dated _____

☐    Manual Filing required (*reason*):

FEBRUARY 24, 2011                               RASHA GERGES
Date                                                              Attorney Name

                                                                      UNITED STATES
                                                                      Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                              **NOTICE OF MANUAL FILING**