G. David Haigh/Bar #50686          **CHAMBERS COPY**
Attorney at Law
2901 W. Coast Hwy. Suite 200
Newport Beach, Ca. 92663
(714) 834-1970 Office
(951) 279-1908 Fax
Attorney for Defendant
JEFFREY MORAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Case No.: CR 09-00412-DOC** |
| ) | |
| Plaintiff, ) | **SUPPLEMENTAL MEMORANDUM IN** |
| ) | **SUPPORT OF DEFENDANT'** |
| Vs. ) | **POSITION REGARDING SENTENCE** |
| ) | |
| JEFFREY MORAN, ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENTAL MEMORANDUM**

Having previously filed before this court his position regarding sentence, JEFFREY MORAN, through his counsel of record, G. David Haigh, would offer as Appendix A, a number of letters of recommendation. A review of the material which has been provided to the Court leaves it unclear whether they have previously been provided. For reasons unknown to counsel "Pacer" does not include the Pre-Sentence report even in sealed

- 1

1 form; therefore, in an abundance of caution, these
2 letters are being submitted for what may be a second
3 time.
4
5 Respectfully Submitted,
6
       Dated: March 1, 2011
7
8
9
10                       _____/s/_____
11                       G. David Haigh
12
13
14
15
16
17
18
19
20
21
22
23
24
25